| **Fill in this information to identify the case:** |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF IOWA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Handlos Finishing, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  92-0826159

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1636 190th Street** <br> **Audubon, IA 50025** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Audubon** <br> County | Location of principal assets, if different from principal place of business <br> **Multiple locations in Audubon & Harlan, IA** <br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **Handlos Finishing, LLC**                                              Case number (*if known*) _____
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __1122__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

Debtor **Handlos Finishing, LLC**     Case number (*if known*) _____
      Name

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**     Relationship _____
District _____ When _____ Case number, if known _____

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:* <br> ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. <br> ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No <br> ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. <br><br> **Why does the property need immediate attention?** (*Check all that apply.*) <br> ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. <br>     What is the hazard? _____ <br> ☐ It needs to be physically secured or protected from the weather. <br> ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). <br> ☐ Other _____ <br> **Where is the property?** _____ <br>     Number, Street, City, State & ZIP Code <br> **Is the property insured?** <br> ☐ No <br> ☐ Yes. Insurance agency _____ <br>        Contact name _____ <br>        Phone _____ |

**Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:* <br> ■ Funds will be available for distribution to unsecured creditors. <br> ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ■ 1-49     ☐ 1,000-5,000     ☐ 25,001-50,000 <br> ☐ 50-99     ☐ 5001-10,000     ☐ 50,001-100,000 <br> ☐ 100-199     ☐ 10,001-25,000     ☐ More than100,000 <br> ☐ 200-999 |
| **15.** | **Estimated Assets** | ☐ $0 - $50,000     ■ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion <br> ☐ $50,001 - $100,000     ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion <br> ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion <br> ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000     ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion <br> ☐ $50,001 - $100,000     ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion <br> ☐ $100,001 - $500,000     ■ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion <br> ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion |

| Debtor | **Handlos Finishing, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 23, 2025**
MM / DD / YYYY

**X /s/ Jacob Best**                              **Jacob Best**
Signature of authorized representative of debtor         Printed name

Title  **Authorized**

**18. Signature of attorney**

**X /s/ Jeffrey D. Goetz**                        Date **April 23, 2025**
Signature of attorney for debtor                                MM / DD / YYYY

**Jeffrey D. Goetz AT0002832**
Printed name

**Dickinson, Bradshaw, Fowler & Hagen, PC**
Firm name

**801 Grand Avenue, Suite 3700**
**Des Moines, IA 50309-8004**
Number, Street, City, State & ZIP Code

Contact phone **515-246-5817**        Email address  **jgoetz@dickinsonbradshaw.com**

**AT0002832 IA**
Bar number and State

Debtor **Handlos Finishing, LLC**  
Name

Case number (*if known*)

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF IOWA

Case number (*if known*) _____ Chapter **11**

☐ Check if this is an amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | | |
|---|---|---|---|---|---|---|
| Debtor | **Doris P. Handlos** | | | Relationship to you | | **Principal** |
| District | **Southern Iowa** | When | **4/23/25** | Case number, if known | | **25-** |
| Debtor | **Handlos Custom Farming, LLC** | | | Relationship to you | | **Affliated** |
| District | **Southern Iowa** | When | **4/23/25** | Case number, if known | | **25-** |
| Debtor | **Handlos Family Farms, LLC** | | | Relationship to you | | **Affiliate** |
| District | **Southern Iowa** | When | **4/23/25** | Case number, if known | | **25-** |
| Debtor | **Handlos Farrowing - Jacksonville, LLC** | | | Relationship to you | | **Affiliate** |
| District | **Southern Iowa** | When | **4/23/25** | Case number, if known | | **25** |
| Debtor | **Handlos Farrowing - South, LLC** | | | Relationship to you | | **Affiliate** |
| District | **Southern Iowa** | When | **4/23/25** | Case number, if known | | **25-** |
| Debtor | **Handlos Farrowing, LLC** | | | Relationship to you | | **Affiliate** |
| District | **Southern Iowa** | When | **4/23/25** | Case number, if known | | **25-** |
| Debtor | **Handlos Feed Mill, LLC** | | | Relationship to you | | **Affiliate** |
| District | **Southern Iowa** | When | **4/23/25** | Case number, if known | | **25-** |
| Debtor | **Handlos Manure Hauling, LLC** | | | Relationship to you | | **Affiliate** |
| District | **Southern Iowa** | When | **4/23/25** | Case number, if known | | **25-** |
| Debtor | **Multi Pig, Inc.** | | | Relationship to you | | **Affiliate** |
| District | **Southern Iowa** | When | **4/23/25** | Case number, if known | | **25-** |
| Debtor | **Waspy's - Templeton, LLC** | | | Relationship to you | | **Affiliate** |
| District | **Southern Iowa** | When | **4/23/25** | Case number, if known | | **25-** |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Handlos Finishing, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF IOWA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **AMVC Management Services**  508 Market Street  Audubon, IA 50025 | | | | | | $0.00 |
| **AMVC Nutritional Services**  1885 Hwy 71  Audubon, IA 50025 | | | | | | $0.00 |
| **AMVC Vet Services**  508 Market Street  Audubon, IA 50025 | | | | | | $0.00 |
| **NBS Insurance**  PO Box 182500  Columbus, OH 43218 | | **Trade debt** | | | | $2,431.12 |

```
AMVC Management Services
508 Market Street
Audubon, IA 50025

AMVC Nutritional Services
1885 Hwy 71
Audubon, IA 50025

AMVC Vet Services
508 Market Street
Audubon, IA 50025

Farm Credit Services of America
Po Box 2409
Omaha, NE 68103

NBS Insurance
PO Box 182500
Columbus, OH 43218
```

# United States Bankruptcy Court
## Southern District of Iowa

In re  **Handlos Finishing, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Handlos Finishing, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 23, 2025**  
Date

**/s/ Jeffrey D. Goetz**  
**Jeffrey D. Goetz AT0002832**  
Signature of Attorney or Litigant  
Counsel for  **Handlos Finishing, LLC**  
**Dickinson, Bradshaw, Fowler & Hagen, PC**  
**801 Grand Avenue, Suite 3700**  
**Des Moines, IA 50309-8004**  
**515-246-5817 Fax:515-246-5808**  
**jgoetz@dickinsonbradshaw.com**